No. 00–7537.  SELLERS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–7544.  KINDER v. PURDY, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 00–7551.  McLAUGHLIN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–7557.  LORENZO-PEREZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–7561.  WILSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–7565.  LaVENTURE v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 00–7571.  CARANTO v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 00–7572.  ESQUIVEL-MORELOS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–7573.  ECHEVARRIA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–7575.  JOHNSON v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 00–7576.  PIERCE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 00–606.  SUMMIT PROPERTIES, INC., ET AL. v. HOECHST-CELANESE CORP., FKA CELANESE CORP., ET AL.  C. A. 5th Cir. Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–653.  PUBLIC SERVICE COMMISSION OF WISCONSIN ET AL. v. WISCONSIN BELL, INC., DBA AMERITECH WISCONSIN, ET AL.; and

No. 00–744.  ILLINOIS COMMERCE COMMISSION ET AL. v. MCI TELECOMMUNICATIONS CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.  Reported below: 222 F. 3d 323.